1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  Jill M. Sturtevant,
   Assistant United States Trustee (SBN #89395)
3  Alvin Mar, (SBN #151482)
   Trial Attorney
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, 26th Floor
5  Los Angeles, California 90017
   Telephone No. (213) 894-4219
6  Facsimile No. (213) 894-2603
   email: alvin.mar@usdoj.gov
7

8              **UNITED STATES BANKRUPTCY COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11   In Re                              ) Case Number 2:09-bk-44221-EC
                                        )
12                                      ) Chapter 7
     MIGUEL A. SERRANO,                 )
13                                      ) Adv. Proceeding No.10-ap-01246-EC
                         Debtor         )
14                                      ) STIPULATION RE: ENTRY OF
                                        ) JUDGMENT DENYING DEFENDANT'S
15   _____   ) DISCHARGE PURSUANT TO 11 U.S.C.
     UNITED STATES TRUSTEE FOR THE      ) §727(a)(8)
16   CENTRAL DISTRICT OF CALIFORNIA,    )
                                        )
17                      Plaintiff       )
                                        )
18   vs.                               ) STATUS CONFERENCE HEARING
                                        ) DATE: MAY 26, 2010
19   MIGUEL A. SERRANO,                 ) TIME: 2:30 P.M.
                                        ) CTRM: 1639
20                      Defendant       ) 255 E. Temple Street
     _____   ) Los Angeles, CA 90017
21

22       The Plaintiff, United States Trustee for the Central District of California and the

23   Defendant, Miguel A. Serrano, hereby enter into the following Stipulation based on the following

24   facts:

25                            **RECITAL**

26       1. Miguel A. Serrano, 'Debtor' and 'Defendant' herein, filed a voluntary Chapter 7

27   bankruptcy petition on December 4, 2009 and was assigned case number 2:09-bk-44221-EC.

28       2. Defendant admits that he filed a prior Chapter 7 case on January 22, 2003 which was

                                        1

1  assigned case number 2:03-bk-11915-AA.

2      3. Defendant admits that he received a discharge in his prior Chapter 7 bankruptcy case

3  numbered 2:03-bk-11915-AA on May 5, 2003.

4      4. Plaintiff timely filed his 'Complaint for Denial of Discharge Under 11 U.S.C.

5  §727(a)(8)' on February 26, 2010. Adversary number 2:10-ap-01246-EC was assigned to the

6  adversary proceeding. Plaintiff executed the Summons, Complaint and Notice of Status

7  Conference on Defendant on March 9, 2010. The status conference in this instant adversary

8  proceeding is calendared for May 26, 2010 at 2:30 p.m.

9      5. Defendant understands he is not entitled to a discharge in his present Chapter 7 case

10  pursuant to 11 U.S.C. §727(a)(8) and does not oppose the entry of a judgment denying his

11  discharge under 11 U.S.C. §727(a)(8).

12  **STIPULATION**

13      1.     The above **RECITALS** are incorporated herein.

14      2.     That judgment be entered **DENYING** Defendant's discharge in

15              Debtor's/Defendant's bankruptcy case pursuant to 11 U.S.C. §727(a)(8).

16      3.     That Plaintiff and Defendant be excused from appearing at the above scheduled

17              status conference in connection with the instant pending adversary proceeding.

18  Dated: 3\11\10                    PETER C. ANDERSON
                                        UNITED STATES TRUSTEE
19
                                        By: _____
20                                          Alvin Mar, Trial Attorney
                                            for Plaintiff
21
22  Dated: 03/11/10                   _____
                                        Miguel A. Serrano
23                                      Debtor/Defendant

24

25

26

27

28

2

| In re:   **MIGUEL A. SERRANO,** | CHAPTER | 7 |
|---|---|---|
| | CASE NUMBER | 2:09-bk-44221-EC |
| Debtor(s) | ADV. NUMBER | 2:10-ap-01246-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as:   STIPULATION RE: ENTRY OF JUDGMENT DENYING DEFENDANT'S DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(8)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **3/11/10**   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒        Service information continued on attached page

**II.      SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On     **3/11/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒        Service information continued on attached page

**III.      SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on     **3/11/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/11/10 | HELEN CRUZ | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**

| In re: | **MIGUEL A. SERRANO,** | CHAPTER | 7 |
| | | CASE NUMBER | 2:09-bk-44221-EC |
| | Debtor(s) | ADV. NUMBER | 2:10-ap-01246-EC |

### ADDITIONAL SERVICE INFORMATION

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Name**                    **Capacity**                    **Email Address**
Kathy A. Dockery            Chapter 13 Trustee              efiling@CH13LA.com
Alvin Mar                   Trial Atty for U.S. Trustee     alvin.mar@usdoj.gov

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor/Defendant:**
Miguel A. Serrano
1630 Bridge Street
Los Angeles, CA  90033

**Chapter 7 Trustee**:
John J. Menchaca
835 Wilshire Boulevard, Ste 300
Los Angeles, CA  90017

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite  1634
Los Angeles, CA 90012-3332

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.